# CV04-2327 A

JUDGE DRELL

MAGISTRATE JUDGE KIRK

| | |
|---|---|
| TRACY LYNN HOWARD | DOCKET NO. 217,250 |
| VERSUS | 9TH JUDICIAL DISTRICT |
| | PARISH OF RAPIDES |
| ARROW INTERNATIONAL INC., ET AL | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Tracy Lynn Howard, ("Petitioner") a resident of lawful age of Rapides Parish, Louisiana, who with respect represents the following:

1.

Made defendants herein are all foreign corporations conducting business in the state of Louisiana via the stream of commerce and are identified below:

Arrow International Inc.
Assumed Systems Inc.
Advanced Polymers Incorporated
Alpine Biomed
Alatus Corporation
AngioDynamics
ANSAmed Ltd
Applied Medical
Armm Inc.
Asahi Intecc Company Ltd
Axiom Medical Inc.
B Braun - US Office
B Braun - Burron OEM Division
B Braun AG
Baird Industries
Ballard Medical Devices
Barco Medical SpA
Biocardia
Biomet Inc.
Blue Medical Devices bv
Bolton Medical Group
Boston Medical Products Inc (BMPI)
Boston Scientific - Corporate
Boston Scientific - Vascular Manufacturing
California Medical Laboratories (Calmed)
Cardinal
CardioCommand Inc.
CardioTech International Inc.
CarTika Medical
Catheter and Disposable Technology (CDT) Inc.
Clinical Innovations Inc.
CR Bard - Urological Division
CR Bard - Access Systems Division
CR Bard - OEM Products (Impra)

-1-

EXHIBIT A

Cragsman Medical Devices
Deha Precision Alloys
Enowedia Medizintechnik & Sensorik GmbH
EPflex Feinwerktechnik GmbH
Epimed International Inc.
Fox Hollow Technologies Inc.
Giah Biomedical Inc.
GO Medical Industries Pty Ltd
Goodman Co Ltd
Guidant Corp
Guidewire Technologies Inc (GTI)
HemoCleanse Inc.
Hobbs Medical Inc.
Horizon Medical Outsourcing / Avail
Horizon Medical Products Inc (HMP)
Innervex GmbH
InStent Technologies Inc.
Intelis Interventional Systems
Intra Special Catheters GmbH
IntraLuminal Therapeutics Inc.
Irvine Biomedical (IBI)
ISO Med
J&J Cardiovations
J&J Biosense Webster Inc.
Jomed Inc
Jomed International AB
Lake Region Manufacturing
Lake Region Manufacturing Inc.
Microk Medical
Murtech Medical Products
MedAmicus Inc.
Medcomp
Medtrib
Medical Polymers Inc.
Melab Medizintechnik
Menneth Technologies
Mech Medical Systems Inc.
MIC sre
Micer Inc
Micro Vention Inc.
Micro-Tech Co Ltd
MicroLumen Inc.
Min International Inc.
Millar Instruments, Inc.
Myelotec Inc.
Nexus Medical LLC
New England Catheter Corp
Novosci
NuMED Canada Inc.
Orion Medical Products
Pennine Healthcare Limited
Polymecst Medical Corp
Polyzen Inc.
Precision Wire Components
Radiant Medical
Ranfac Corp

-2-

Rochester Medical Corp
Rusch
Rusch Inc.
Smiths Medical
Sun Biomedical Group
Teleflex Inc.
Teleflex Medical Group (TFX)
Terumo Corporation
Terumo Corp
Tyco Healthcare
Utah Medical Products Inc.
UTI Corp - Medsource
UTI Corp - Star Guide
UTI Corp - Medsource
Vadonis Technologies Corporation
Vencore International Inc.
VitalCare Group Inc.
VNUS Medical Technologies
Vygon Corp
Welcon Incorporated
Xtrak Medical

2.

On July 18, 2003, Petitioner presented to Rapides Healthcare Systems, L.L.C. d/b/a Rapides Regional Medical Center (hereinafter referred to as "RRMC") for treatment for labor and delivery of her child.

3.

In connection with the ongoing labor and delivery of her child, patient was administered epidural anesthesia services by Dr. Charles L. Myers.

4.

Following the administration of the epidural anesthesia and the subsequent birth of Petitioner's child, the nursing staff attending to Petitioner attempted to remove the epidural catheter, through which the epidural anesthesia was administered, from Petitioner.

5

The nursing staff made several attempts to remove the epidural catheter. The catheter became lodged within Petitioner's spinal column and approximately 2cm of the catheter broke off and lodged into Petitioner's spinal column.

6.

The broken piece of catheter remains lodged within Petitioner's spinal column.

-3-

7.

Upon information and belief the catheter at issue was manufactured and/or designed one of the defendants named in paragraph "1." in this petition.

8.

Given that the catheter was being used for medical procedure, its manufacturer is liable for its unreasonably dangerous design as defined in La. R.S. 9:2800.56.

9.

Further, as there were inadequate warnings on the catheter packaging concerning the risk of difficulty in pulling the catheter out of the patient, the catheter's manufacturer is liable for any damages occasioned as it is also unreasonably dangerous because of inadequate warning as defined in La. R.S. 9:2800.57.

10.

Further, because the catheter failed in normal use, the catheter is unreasonably dangerous for its poor workmanship and inadequate metallurgical strength.

11.

As a result of the defective catheter lodging into petitioner's spine, she suffered severe and painful injuries to her mind and body, and she is entitled to damages for the following:

   a. Past and future mental and physical pain and suffering;

   b. Past and future medical expenses;

   c. Past and future loss of earnings and impairment of earning capacity, disability and disfigurement; and

   d. Any other damages that are reasonable under the circumstances.

**WHEREFORE**, Petitioner, Tracy Lynn Howard prays that the defendants be served with this Petition and that after all legal delays and due proceedings had, there be judgment rendered herein in his favor for any and all damages which are reasonable under the circumstances and to which he is entitled, for all costs of court and for all general and equitable relief.

-4-

Respectfully submitted:

McKAY WILLIAMSON LUTGRING & COCHRAN
732 North Boulevard
Baton Rouge, LA 70802
Telephone: (225) 389-1060
Facsimile: (225) 389-1195

[signature]

PLEASE HOLD SERVICE